UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 07mj2726 |
| | ) | |
| v. | ) | |
| | ) | CERTIFICATE OF SERVICE |
| CARLOS LEON-TOVAR, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to

the best of his information and belief, and that a copy of the foregoing Defendant's Notice of

Appearance has been electronically served this day upon:

> United States Attorney's Office
> 880 Front Street
> San Diego, CA  92101

Dated:  December 3, 2007                     /s/  Erick  L.  Guzman
                                            ERICK L. GUZMAN
                                            Federal Defenders
                                            225 Broadway, Suite 900
                                            San Diego, CA 92101-5030
                                            (619) 234-8467  (tel)
                                            (619) 687-2666  (fax)
                                            E-mail: erick_guzman@fd.org